FILED
JUL 0 9 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CASE NO. 09CR01580-001-GT |
| v. | ) O R D E R |
| LUIS VARGAS-MARTINEZ, | ) |
| Defendant. | ) |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for August 14, 2009 is vacated and reset to September 22, 2009 at 9:00 a.m.

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 7-9-09

Gordon Thompson, Jr.
Senior U.S. District Judge

cc: all counsel of record

/dmb